**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

Patricia Estefania Arias Masqui,

Plaintiff,

-against-

Iron Steel Mapesa Corp.; Oscar Agualongo; Mauro Agualongo,

Defendants.

-------------------------------------------------------------X

**ORDER ADOPTING**
**REPORT & RECOMMENDATION**

24-CV-5365 (RER) (JRC)

**RAMÓN E. REYES, JR., District Judge:**

In a report and recommendation dated September 8, 2026, (ECF No. 37 ("R&R")), Magistrate Judge James R. Cho recommended that the Court grant, in part, plaintiff's motion for default judgment, awarding plaintiff damages totaling $29,397.61, award plaintiff pre- and post-judgment interest, and award Plaintiff $9,550 in attorney's fees and $1,183 in costs. (*Id.*) Judge Cho advised the parties that they had fourteen days from the date that R&R was received to file objections. (*Id.*) To date, neither party has filed an objection to the R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2).

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Therefore, it is ordered that the R&R is adopted in its entirety, and this action is dismissed without prejudice.

The Clerk of Court is directed to enter judgment in favor of Plaintiff and to close this case. The Clerk of Court is respectfully directed to mails this Order to defendants at their last known addresses.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.

RAMÓN E. REYES, JR.
United States District Judge

Dated: September 28, 2026
Brooklyn, New York